Pro Se Litigant, Leland Yoshitsu
1709 Martin Luther King Jr Way
Berkeley, CA 94709

FILED

JUL 1 4 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

Northern District of California

Oakland Division

Leland Yoshitsu

   Plaintiff,

  vs.

US Dept of Justice

US Postal Service

US President Barack Obama

The White House Office (F. Michael Kelleher)

   Defendant

Case No.: **C17- 3968** SBA

COMPLAINT AGAINST
THE US FEDERAL GOVERNMENT
FOR CONSTITUTIONAL 'RIGHTS'
VIOLATIONS

REQUEST FOR JURY TRIAL

Dated this 14th day of July, 2017

Pro Se Litigant, Leland Yoshitsu
1709 Martin Luther King Jr Way
Berkeley, CA 94709

### I. THE PARTIES TO THIS COMPLAINT – THE PLAINTIFF

Leland Yoshitsu

1709 Martin Luther King Jr Way

Berkeley, CA  94709

Alameda County

510-845-2049

lelandshen@gmail.com

[Pleading title summary] – 1

# I. THE PARTIES TO THIS COMPLAINT – THE DEFENDANTS

1. US Department of Justice  – Official Capacity

   Civil Rights Division

   950 Pennsylvania Avenue, NW

   Washington, DC 20530

   202-514-4609

2. United States Postal Service – Official Capacity

   475 L'Enfant Plaza - SW

   Washington, DC 20260

   202-268-3251

3. US President Barack Obama – Official Capacity

   The President of the United States

   1600 Pennsylvania Avenue - NW

   Washington, DC 20500

   202-456-1111

4. The White House Office – Official Capacity

   F. Michael Kelleher

   1600 Pennsylvania Avenue - NW

   Washington, DC 20500

   202-456-1111

# II. BASIS FOR JURISDICTION

A. Under Bivens (403 U.S. 388 – 1971), I, the Plaintiff, am suing Federal Officials for US Constitutional

'Rights' Violations:

United States Constitution

1. Amendment I - "...the right of the people... to petition the Government for a redress of grievances"

2. Amendment VIII - "...nor cruel and unusual punishments inflicted"

3. Amendment XIV - "...nor deny to any person within its jurisdiction the equal protection of the laws"

   (see: Complaint – page #6)

B. Under Bivens, I, the Plaintiff, am suing the Defendants for acting under the color of Federal Law:

1. On January 20, 2017 at The White House in Washington DC, US President Obama (along with his White House Office and his US Dept of Justice) ENDED HIS LEGAL JURISDICTIONAL AUTHORITY as the Head of Law Enforcement of the US Federal Government and CAUSED THE INJURIES OF VIOLATING Leland Yoshitsu's US Constitutional Rights by not conducting the "Criminal Investigations" of "Stolen Mail" and "Mail Fraud" by NBC (with the assistance of the US Postal Service).

2. The written confirmation of "Stolen Mail" and "Mail Fraud" (from Berkeley's Chief of Police Michael Meehan) was part of the "new letter" that was "updated" for President Obama at his written request (in his written response of "government assistance") to Leland Yoshitsu's written complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" through the US Postal Service.

3. On January 20, 2017 upon vacating the The White House in Washington DC, US President Obama INTENTIONALLY AND NEGLIGENTLY VIOLATED HIS US CONSTITUTIONAL OATH to "faithfully execute the office of the President of the United States" to "take care that the laws be faithfully executed" and CAUSED THE INJURIES OF DENYING Leland Yoshitsu's US Constitutional Rights: "...the right of the people... to petition the Government for a redress of grievances" for "the equal protection of the laws". (see: Complaint – page #6)

## VENUE

A. The United States District Court for the Northern District of California is the appropriate Court because the Plaintiff resides in this district and a substantial amount of acts and omissions giving rise to this lawsuit

occurred in this district.

## INTRADISTRICT ASSIGNMENT

A. This lawsuit should be assigned to the Oakland Division of this Court because a substantial part of the events or omissions which give rise to this lawsuit occurred in Alameda County.

## III. STATEMENT OF CLAIM

A. The events giving rise to this claim occurred:

At The White House in Washington DC on January 20, 2017, US President Barack Obama ENDED HIS OFFICIAL TERM as The President of the United States. (see: Complaint – page #6)

B. The date that these events giving rise to this claim occurred:

On January 20, 2017 at The White House in Washington DC, US President Barack Obama ENDED HIS OFFICIAL TERM as The President of the United States. (see: Complaint – page #6)

C. The facts underlying this claim are:

1. On January 20, 2017 at The White House in Washington DC, US President Obama (along with his White House Office and his US Dept of Justice) ENDED HIS LEGAL JURISDICTIONAL AUTHORITY as the Head of Law Enforcement of the US Federal Government and CAUSED THE INJURIES OF VIOLATING Leland Yoshitsu's US Constitutional Rights by not conducting the "Criminal Investigations" of "Stolen Mail" and "Mail Fraud" by NBC (with the assistance of the US Postal Service).

2. The written confirmation of "Stolen Mail" and "Mail Fraud" (from Berkeley's Chief of Police Michael Meehan) was part of the "new letter" that was "updated" for President Obama at his written request (in his written response of "government assistance") to Leland Yoshitsu's written complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" through the US Postal Service. (see: Complaint – page #6)

## IV. INJURIES

A. The injuries sustained related to these events are:

1. On January 20, 2017 at The White House in Washington DC, US President Obama (along with his White House Office and his US Dept of Justice) ENDED HIS LEGAL JURISDICTIONAL AUTHORITY as the Head of Law Enforcement of the US Federal Government and CAUSED THE INJURIES OF VIOLATING Leland Yoshitsu's US Constitutional Rights by not conducting the "Criminal Investigations" of "Stolen Mail" and "Mail Fraud" by NBC (with the assistance of the US Postal Service).

2. The written confirmation of "Stolen Mail" and "Mail Fraud" (from Berkeley's Chief of Police Michael Meehan) was part of the "new letter" that was "updated" for President Obama at his written request (in his written response of "government assistance") to Leland Yoshitsu's written complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" through the US Postal Service.

3. On January 20, 2017 upon vacating the The White House in Washington DC, US President Obama INTENTIONALLY AND NEGLIGENTLY VIOLATED HIS US CONSTITUTIONAL OATH to "faithfully execute the office of the President of the United States" to "take care that the laws be faithfully executed" and CAUSED THE INJURIES OF DENYING Leland Yoshitsu's US Constitutional Rights: "...the right of the people... to petition the Government for a redress of grievances" for "the equal protection of the laws". (see: Complaint – page #6 and Sequence of Injuries – page #8)

## V. RELIEF

I, the Plaintiff, would like the Court to grant money damages, interest, and punitive damages for the Stolen and Mishandled Mail requested on the "U.S. Postal Service Registered Mail Application for Indemnity" forms:

REQUEST FOR RELIEF:  $180,000.00 (plus interest & punitive damages)

US Postal Service Registered Mail Application for Indemnity:

1. #90558 - Stolen Mail -        $25,000.00       (Full/Declared Value - $25,000.00)
2. #24977 - Mishandled Mail - $10,000.00      (Full/Declared Value - $10,000.00)
3. #80571 - Mishandled Mail - $10,000.00      (Full/Declared Value - $10,000.00)
4. #24496 - Mishandled Mail - $10,000.00      (Full/Declared Value - $10,000.00)

5. #25410 - Stolen Mail -    $25,000.00    (Full/Declared Value - $1,000,000.00)

6. #80914 - Stolen Mail -    $25,000.00    (Full/Declared Value - $1,000,000.00)

7. #61607 - Stolen Mail -    $25,000.00    (Full/Declared Value - $1,000,000.00)

8. #61608 - Stolen Mail -    $25,000.00    (Full/Declared Value - $1,000,000.00)

9. #25292 - Stolen Mail -    $25,000.00    (Full/Declared Value - $1,000,000.00)

(see: Exhibits E to V)

## ARTICLE VI – NATIONAL DEBTS

"All debts contracted and engagements entered into … shall be … valid against the United States under this Constitution … ".

## COMPLAINT

1. On January 20, 2017 at The White House in Washington DC, US President Barack Obama ENDED HIS OFFICIAL TERM as The President of the United States.

2. On January 20, 2017 at The White House in Washington DC, US President Obama (along with his White House Office and his US Dept of Justice) ENDED HIS LEGAL JURISDICTIONAL AUTHORITY as the Head of Law Enforcement of the US Federal Government and CAUSED THE INJURIES OF VIOLATING Leland Yoshitsu's US Constitutional Rights by not conducting the "Criminal Investigations" of "Stolen Mail" and "Mail Fraud" by NBC (with the assistance of the US Postal Service).

3. During President Obama's official term as US President before January 20, 2017 in Washington DC, US President Obama AFFIRMED THE US CONSTITUTIONAL OATH: "… I will faithfully execute the office of the President of the United States, and will,… preserve, protect and defend the Constitution of the United States."

4. During President Obama's official term as US President before January 20, 2017 at The White House in Washington DC, US President Obama's OFFICIAL US CONSTITUTIONAL DUTY (as the Head of Law Enforcement in the US Federal Government to "… faithfully execute the office of the President of the United States") was to "… take care that the laws be faithfully executed".

5. During President Obama's official term as US President before January 20, 2017 at The White House in Washington DC, US President Obama RECEIVED AND RESPONDED (Exhibits A to V and W) (Exhibits X, Y, Z, AA, BB, CC) to Leland Yoshitsu's written complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" (with the assistance of the US Postal Service).

6. During President Obama's official term as US President before January 20, 2017 at The White House in Washington DC, US President Obama's WRITTEN RESPONSE (Exhibit W) of "government assistance" (through the White House Office – F. Michael Kelleher) to Leland Yoshitsu's complaint of US Constitutional 'Rights' Violations stated: "Dear Leland. Thank you for contacting President Obama … we hope that the issue you brought to the President's attention has been resolved. However, if YOU **STILL** NEED HELP WITH A FEDERAL AGENCY, we are pleased to assist you. Please provide our office with a brief, updated description of your issue. You may mail a new letter to the President ... ". (Webster's Dictionary: "STILL"–"up to the present time")

7. During President Obama's official term as US President before January 20, 2017 at The White House in Washington DC, US President Obama and the White House Office RECEIVED THE WRITTEN CONFIRMATION (Exhibit Y) of "Stolen Mail" and "Mail Fraud" from Berkeley's Chief of Police Michael Meehan as part of the "new letter" (Exhibit X) that was "updated" for President Obama at his written request (in his written response of "government assistance") to Leland Yoshitsu's written complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" (with the assistance of the US Postal Service).

8. During President Obama's official term as US President before January 20, 2017 at The White House in Washington DC, US President Obama, the White House Office, and the US Dept of Justice POSSESSED THE LEGAL JURISDICTIONAL AUTHORITY (as the Head of Law Enforcement of the US Federal Government) TO CONDUCT THE "CRIMINAL INVESTIGATIONS" (Exhibits X, Y, Z) for "the equal protection of the laws" after they received the written confirmation of "Stolen Mail" and "Mail Fraud" from Berkeley's Chief of Police Michael Meehan.

9. During President Obama's official term as US President before January 20, 2017 at The White House in Washington DC, US President Obama, the White House Office, and the US Dept of Justice

INTENTIONALLY AND NEGLIGENTLY FAILED TO CONDUCT THE "CRIMINAL

INVESTIGATIONS" for "the equal protection of the laws" after they received the written confirmation of

"Stolen Mail" and "Mail Fraud" from Berkeley's Chief of Police Michael Meehan.

10. On January 20, 2017 upon vacating The White House in Washington DC, US President Obama

INTENTIONALLY AND NEGLIGENTLY VIOLATED HIS US CONSTITUTIONAL OATH to

"... faithfully execute the office of the President of the United States" to "... take care that the laws be

faithfully executed" and CAUSED THE INJURIES OF DENYING Leland Yoshitsu's US Constitutional

Rights: "...the right of the people... to petition the Government for a redress of grievances" for "... the equal

protection of the laws".

## US CONSTITUTIONAL 'RIGHTS' VIOLATIONS

The US Constitutional 'Rights' Violations by NBC (with the assistance of the US Postal Service), the US Dept

of Justice, the US Postal Service, US President Barack Obama, and The White House Office (F. Michael

Kelleher) are:

　　1. Amendment I - "...the right of the people... to petition the Government for a redress of grievances"

　　2. Amendment IV - "The right of the people to be secure in their... papers... against unreasonable

　　　　...seizures"

　　3. Amendment V - "...nor shall private property be taken for public use, without just compensation"

　　4. Amendment VIII - "...nor cruel and unusual punishments inflicted"

　　5. Amendment XIV - "...nor deny to any person within its jurisdiction the equal protection of the laws"

## SEQUENCE OF INJURIES

The detail and chronological sequence of the past events that have lead to the current  injuries (January 20,

2017) of US Constitutional 'Rights' Violations are:

1. NBC (along with the assistance of the US Postal Service) violated my US Constitutional Rights

　(Amendments IV, V, VIII, & XIV -  November 30, 1981 - January 26, 1982)  by Stealing my Intellectual

　Properties (Exhibits E to M) for the Production of  Entertainment through the US Postal Service.

　Berkeley's Chief of Police Michael Meehan's written affirmation of "Stolen Mail" confirms this statement.

2. The US Postal Service violated my US Constitutional Rights (Amendments I, VIII, & XIV - March 4, 1982) by Committing the CRIMES OF PERJURY AND MAIL FRAUD in their WRITTEN RESPONSE (Exhibit EE) to "my written complaint of improper postal deliveries" (for "Stolen Mail by NBC"). Berkeley's Chief of Police Michael Meehan's written affirmation of "Stolen Mail" confirms this statement.

3. The US Postal Service and the US Dept of Justice violated my US Constitutional Rights (Amendments I, VIII, & XIV - March 9, 1982 – November 29, 1982) by not forwarding, not investigating, and not processing my US Postal Service Insurance Indemnity Claims (Exhibits N to V) for "Stolen Mail by NBC" (as REQUIRED on the "Registered Mail Application for Indemnity - …this information may be disclosed …to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at YOUR REQUEST").

4. President Obama and the White House Office violated my US Constitutional Rights (Amendments I, VIII, & XIV - July 25, 2011 – January 20, 2017) by not fulfilling their written obligation "to assist" (me) "with a Federal agency" to resolve my US Postal Service Insurance Indemnity Claims after they received the written confirmation of "Stolen Mail" from Berkeley's Chief of Police Michael Meehan. The written confirmation of "Stolen Mail" was part of the "new letter" that was "updated" for President Obama at his written request (in his written response of "government assistance") to Leland Yoshitsu's complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" through the US Postal Service.

5. President Obama, the White House Office, and the US Dept of Justice violated my US Constitutional Rights (Amendments I, VIII, & XIV - July 25, 2011 – January 20, 2017) by not conducting the "Criminal Investigations" that would finally bring these ISSUES TO JUSTICE after they received the written affirmation of "Mail Fraud" from Berkeley's Chief of Police Michael Meehan. The written affirmation of "Mail Fraud" was part of the "new letter" that was "updated" for President Obama at his written request (in his written response of "government assistance") to Leland Yoshitsu's complaint of US Constitutional 'Rights' Violations of "Stolen Mail by NBC" through the US Postal Service.

## CONCLUSION

This is a Federal Complaint for the United States District Court to resolve: Unresolved Hidden Criminal Corruptions in the US Federal Government by the US Federal Government against Legal United States

Citizens who have the Legal US Constitutional Rights "…to petition the Government for a redress of grievances" for "the equal protection of the laws" without being the innocent victims of "cruel and unusual punishments inflicted" by the US Federal Government.

## SUPREMACY OF THE NATIONAL GOVERNMENT

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every State shall be bound thereby, anything in the constitution or laws of any State to the contrary notwithstanding."

"… All executive and judicial officers … of the United States … shall be bound by oath or affirmation to support this Constitution …".

## REQUEST FOR RELIEF

The plaintiff, Leland Yoshitsu, asks the United States District Court for the Northern District of California to Honor our 'Long-Standing' United States Constitution (that was Created and Ratified by our Far-Sighted and Far-Reaching "Founding Fathers") and to Grant this Request for Relief of $180,000.00 plus interest and punitive damages for US Constitutional 'Rights' Violations.

_____

Leland Yoshitsu

1709 Martin Luther King Jr Way

Berkeley, CA 94709

510-845-2049

lelandshen@gmail.com

# RIGHT TO PETITION FOR REDRESS

Dear President Obama:

Please Investigate and (through an Executive Order) have the United States Postal Service pay me the insurance indemnity sum of $180,000 for nine stolen and mishandled Registered/Insured mailings from November 1981 to January 1982.

The United States Postal Service's brochure (at the top of the following page – mailed directly to me from Washington D.C.) was 'part' of the United States Postal Service's immediate response to my written complaint of improper postal deliveries and it explained the simple procedure of filing for insurance indemnity (and the 'due process' involved in filing "this type of claim"): filed on March 9, 1982.

Having not settled this claim, it is evident that the United States Postal Service clearly intended to violate my contractual rights since the insurance indemnity forms were not forwarded, investigated, and processed, even after (and knowing that), the National Broadcasting Company had violated my Constitutional Rights: 1. Right of the people to be secure in their papers against unreasonable (searches and) seizures and 2. Nor shall private property be taken for public use without just compensation.

Thank you,

Leland Yoshitsu
P.O. Box 4433
Berkeley, California 94704

© Leland Yoshitsu 2009
All Rights Reserved

### Registered Mail

Send irreplaceable articles, regardless of value, and all items of more than $400 value by registered mail. When you use registered mail service, you are buying protection against loss or damage. You receive a receipt and the mail's movement is monitored from the point of acceptance to delivery. You must declare the full value of your mailing when mailed, for security and insurance purposes. The registration fee includes insurance protection up to $25,000 for domestic mail only. For an additional fee, a return receipt may be obtained showing to whom, when, and where the item was delivered. Restricted delivery service is also available (see page 7, Return Receipts).

8

### Claims

If your insured, registered, COD, or Express Mail has been lost or damaged, you can file a claim. It is important, however, that you have evidence to support your claim. You can pick up the appropriate claim form from your post office and file it there. Only the mailer may file a claim for a complete loss. Either the mailer or the addressee may file a claim for a partial loss or damage. Claims must be filed within one year of mailing date, except for Express Mail claims which must be filed within 60 days of mailing.

9

Penalties are provided for making false, fictitious, or fraudulent statements in connection with this type of claim.

PRIVACY ACT: The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic and foreign registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary, however, if this information is not provided, your claim will not be processed and you may not be indemnified.

PS Form
Dec. 1977   565                    USE TYPEWRITER ONLY                    ST. LOUIS, PDC

- 14 - (edited)

printed forms must contain, as a minimum, the same information contained on Form 3877.

## 932   Return Receipts

**932.1   Purpose.** Return receipts furnish the mailer with evidence of delivery. The fee paid for a return receipt does not insure the article against loss or damage. Return receipts may be obtained for mail which is sent COD, Express Mail, is insured for more than $20.00, which is registered or certified. The return receipt is returned by mail by the Postal Service to the mailer after the article is delivered to the addressee. For international return receipts, see 450 of Publication 42, *International Mail.*

**932.2   Fees (in Addition to Postage and Other Fees).** The fees for return receipts are:

| | |
|---|---|
| **Requested at time of mailing:** | |
| Showing to whom (signature) and date delivered -------------------------------------------------- | 60¢ |
| Showing to whom (signature), date and address where delivered -------------------------------- | 70¢ |
| **Requested after mailing:** | |
| Showing to whom and date delivered ----------------------------------------------------------------- | $3.75 |

### 932.3   Procedures at Mailing Office

**.31**   The sender may request a return receipt, Form 3811, at the time of mailing by informing the postal clerk or writing on the mail *Return Receipt Requested or Return Receipt Requested Showing Address Where Delivered.* Firm mailers will complete the mailer's entries on the form, including the article identification number, attach the form, and *place the required endorsement on the article.* Individual mailers will also normally complete the mailer's entries on the form, but in those cases where the article is mailed with the endorsement and the correct postage but without Form 3811 attached, the clerk will complete the form and attach it to the article.

**.32**   The sender may request a return receipt after mailing an article which is registered, certified, COD, Express Mail, or insured for more than $20.00 by paying the required fee. To do so, the sender must complete Form 3811-A, *Request for Return Receipt (After Mailing),* attach the proper postage, and mail the Form 3811-A, to the delivery post office. The sender will be provided with the date of delivery and the name of the person who signed for the article as shown in delivery records. Neither the signature of the recipient nor the address of delivery will be provided.

**.33**   In the event a mailer does not, after a reasonable period of time, receive a return receipt he has paid for, he may, within one year of mailing, request a duplicate if he can produce a receipt for such payment. The mailer may request the duplicate by presenting the receipt at any post office, branch, or station. The clerk will assist the customer in completing Form 3811-A, postmark it, and mail it to the delivering post office. There is no charge for obtaining such a duplicate.

**.34**   Payment for return receipts shall be noted on the receipt given for purchase of the COD, Express Mail, registry, certified mail, or insurance service.

### 932.4   Procedures at Office of Delivery

**.41   Return Receipt, Form 3811**

*a.* Delivery employees must obtain the signature of addressee or his agent. Delivery shall only be made to the addressee if so requested on the Form 3811, except as provided in 933.4. The address of delivery must be filled in only if requested on Form 3811. The delivery employee must examine the card for completeness and make any corrections necessary. Return receipts will be given to the clearing clerk daily when the carrier returns to the post office.

*b.* The clearing clerk must check all return receipts to make sure they are properly signed and dated. If the mail was restricted in delivery, check to see that delivery was not made to an agent, except as provided in 933.4. If delivery was improper, have addressee sign a second return receipt. Take prompt corrective action with delivery employees if return receipts are improperly handled or completed. Postmark all return receipts legibly and mail no later than the first working day after delivery. Undeliverable articles will be handled in accordance with 159 and the appropriate endorsement will be made in block 6 of Form 3811.

**.42   Request for Duplicate or Return Receipt After Mailing, Form 3811-A**

*a.* Records of delivery must be checked and the date of delivery and name of the individual who signed for the article placed on Form 3811-A.

*b.* If a signed receipt is not found for certified mail, send the addressee Form 1572, *Inquiry About Receipt of International Mail.* If the reply indicates that the addressee has received the certified mail, file completed Form 1572 with Forms 3849-A or 3849-B as a receipt. The delivery information contained on Form 1572 must be used to complete Form 3811-A. If the addressee does not return completed Form 1572 within 14 days, Form 3811-A will be completed to show no record of delivery and returned to the mailer.

*c.* Form 3811-A must be postmarked and the postage for receipt after mailing (see 933.2) canceled. Draw a line through the address of the delivery post office on the front of Form 3811-A (1973 and later printings) and the form mailed back to the mailer.

### 932.5   Refunds.

Return receipt fees will only be refunded when failure to furnish a receipt was the fault of the Postal Service.

Exhibit D

Leland & Pat 

 Street

, Calif.





**BERKELEY POLICE DEPARTMENT**    HALL OF JUSTICE
2171 MCKINLEY AVENUE      644-



Postal Inspector

 San Francisco Division
U. S. Postal Inspection Service
P. O. Box 24005, 1675 Seventh Street
Oakland, CA 94623

(415) 273-▓▓▓ / 24 HR. (415) 556-▓▓▓



ATTORNEY AT LAW

AVENUE
OAKLAND, CALIFORNIA▓▓▓
(415)▓▓▓



**ATTORNEY AT LAW**
(415)▓▓▓

AVE.      P.O. BOX▓
▓▓, CA▓▓      ▓▓, CA▓

- 16 -

date sent: November 30, 1981

date STOLEN: December 4, 1981

REGISTERED NO. 90558

POSTMARK OF

| | | | |
|---|---|---|---|
| Reg. Fee: $ 11.10 | Special-Delivery $ | | |
| Handling Charge $ | Return Receipt $ 60 | | |
| Postage $ 20 | Restricted Delivery $ 1.00 | | |

RECEIVED BY

POST OFFICE COMPLETION

AIRMAIL

MAILING OFFICE

FULL VALUE $ 25,000.00

FROM: Leland Yoshitsu
box 4433
Berkely, Calif.

ZIP CODE 94704

TO: (any) NBC Executive
30 Rockefeller Plaza
New York, N.Y.

ZIP CODE 10020

All Entries MUST be in Ball Point Pen or Typed

CUSTOMER COMPLETION (Please Print)

PS FORM 3806
Oct. 1978    RECEIPT FOR REGISTERED MAIL (Customer Copy)

STOLEN!

date MISHANDLED: December 17, 1981



REGISTERED NO. 24977

Reg. Fee $ 6.60    Special Delivery $

Handling Charge $    Return Receipt $ .60

Postage $ .00    Restricted Delivery $ 4.00

RECEIVED BY    AIRMAIL

POSTMARK OF MAILING OFFICE

FULL VALUE $ 10,000.00

FROM: LELAND YOSHITSU
Box 4433
Berkeley, Calif.    ZIP CODE 94704

TO: MR. DONALD L. ZACHARY - NBC Law Dept.
3000 W. Alameda Ave.
Burbank, Calif.    ZIP CODE 91523

PS FORM
Sept. 1979 3806    RECEIPT FOR REGISTERED MAIL    (Customer Copy)



RESTRICTED DELIVERY

MISHANDLED

- 18 -

date sent: December 16, 1981

date MISHANDLED: December 18, 1981



MISHANDLED

date sent: December 26, 1981

date MISHANDLED: December 29, 1981

| REGISTERED NO. 24496 | | | POSTMARK OF |
|---|---|---|---|
| Reg. Fee $ $6.60 | Special Delivery $ | | |
| Handling Charge $ | Return Receipt | 60 | |
| Postage $ 20 | Restricted Delivery $ | | |
| RECEIVED BY | | AIRMAIL | MAILING OFFICE |

POSTMARK: BERKELEY, CALIF. DEC 26 1981

FULL VALUE $ $10,000.00

FROM: LELAND YOSHITSU
Box 4433
Berkeley, Calif.    ZIP CODE 94704

TO: (any) NBC EXECUTIVE
3000 West Alameda Avenue
Burbank, Calif.    ZIP CODE 91523

PS FORM 3806
Sept. 1976    RECEIPT FOR REGISTERED MAIL    (Customer Copy)

● SENDER: Complete items 1, 2, 3, and 4.
Add your address in the "RETURN TO" space on reverse.

(CONSULT POSTMASTER FOR FEES)
The following service is requested (check one).
☒ Show to whom and date delivered    60
☐ Show to whom, date and address of delivery
☐ RESTRICTED DELIVERY
Restricted delivery fee is charged in addition to the return receipt fee.

TOTAL $

3. ARTICLE ADDRESSED TO:
(any) NBC EXECUTIVE
3000 West Alameda Avenue
Burbank, Calif. 91523

4. TYPE OF SERVICE:
☒ REGISTERED    ☐ INSURED
☐ CERTIFIED    ☐ COD
☐ EXPRESS MAIL

ARTICLE NUMBER: 24496

(Always obtain signature of addressee or agent)
I have received the article described above.
SIGNATURE ☐ Addressee ☒ Agent
NBC

5. DATE OF DELIVERY    12/29/81    POSTMARK

6. ADDRESSEE'S ADDRESS (Only if requested)

MISHANDLED

7. UNABLE TO DELIVER BECAUSE    7a. EMPLOYEE'S INITIALS

date sent: January 15, 1982

date STOLEN: January 15, 1982

REGISTERED NO. 25410

POSTMARK OF

| Reg. Fee $ 29.85 | Special Delivery $ |
| Handling Charge $ 2.00 | Return Receipt $ .60 |
| Postage $ .37 | Restricted Delivery $ 1.00 |

RECEIVED BY

AIRMAIL

MAILING OFFICE

POST OFFICE COMPLETION

All Entries MUST be in Ball Point Pen or Typed

CUSTOMER COMPLETION (Please Print)

FULL VALUE $ $1,000,000.00

FROM
LELAND YOSHITSU
Box 4433
Berkeley, Calif.          ZIP CODE 94704

TO
AUTHORIZED AGENT OF NBC
3000 West Alameda Avenue
Burbank, Calif.          ZIP CODE 91523

PS FORM Sept. 1979 3806   RECEIPT FOR REGISTERED MAIL   (Customer Copy)

RETURN RECEIPT

• SENDER Complete items... Add... space

REQUESTED

RESTRICTED DELIVERY

(CONSULT POST...)
1. The following servi... ...quested
   ☐ Show to whom and d...
   ☐ Show to whom, date, ... address of delivery...
   ☒ RESTRICTED DELIVERY
   (The restricted delivery fee is charged in addition to the return receipt fee.)

TOTAL $

3. ARTICLE ADDRESSED TO
AUTHORIZED AGENT OF NBC
3000 West Alameda Avenue
Burbank, Calif. 91523

4. TYPE OF SERVICE:
   ☒ REGISTERED  ☐ INSURED
   ☐ CERTIFIED   ☐ COD
   ☐ EXPRESS MAIL

ARTICLE NUMBER
25410

(Always obtain signature of addressee or agent)
I have received the article described above.

SIGNATURE ☐ Addressee  ☒ Authorized agent
NBC Tofactor

5. DATE OF DELIVERY
1-15-82

POSTMARK

6. ADDRESSEE'S ADDRESS (Only if requested)

7. UNABLE TO DELIVER BECAUSE:   7a. EMPLOYEE'S INITIALS

STOLEN!

Exhibit J

date sent: January 16, 1982

date STOLEN: January 19, 1982



STOLEN !

Exhibit K

date STOLEN: January 25, 1982



STOLEN!

- 23 -

Exhibit L

date sent: January 20, 1982

date STOLEN: January 25, 1982

REGISTERED NO. 6160P

POSTMARK OF

Reg. Fee $29.85   Special Delivery $

Handling Charge $   Return Receipt $ .60

Postage $ .37   Restricted Delivery $ 1.00

RECEIVED BY *McCoy*

AIRMAIL

MAILING OFFICE

POST OFFICE COMPLETION

All Entries MUST be in Ball Point Pen or Typed

FULL VALUE $ $1,000,000.00

FROM   *Leland Yoshitsu*
*box 4433*
*Berkeley Calif.*   ZIP CODE 94704

TO   *The NBC Law Department*
*3000 West Alameda Ave*
*Burbank Calif.*   ZIP CODE 91523

CUSTOMER COMPLETION (Please Print)

PS FORM 3806
Sept. 1979   RECEIPT FOR REGISTERED MAIL   (Customer Copy)

---

• SENDER: Complete items 1, 2, 3, and 4.
Add your address in the "RETURN TO" space on reverse.

(CONSULT POSTMASTER FOR FEES)

1. The following service is requested (check one).
☐ Show to whom and date delivered ............ ¢
☐ Show to whom, date, and address of delivery. ¢
2. ☒ RESTRICTED DELIVERY
(The restricted delivery fee is charged in addition to the return receipt fee.)

TOTAL $ .60

3. ARTICLE ADDRESSED TO:
THE NBC LAW DEPARTMENT
3000 West Alameda Avenue
Burbank, Calif. 91523

4. TYPE OF SERVICE:   ARTICLE NUMBER
☒ REGISTERED   ☐ INSURED   6160P
☐ CERTIFIED   ☐ COD
☐ EXPRESS MAIL
(Always obtain signature of addressee or agent)

I have received the article described above.
SIGNATURE   ☐ Addressee   ☒ Authorized agent
*NBC BY*

5. DATE OF DELIVERY   POSTMARK
*1-25-82*

6. ADDRESSEE'S ADDRESS (Only if requested)

7. UNABLE TO DELIVER BECAUSE:   7a. EMPLOYEE'S INITIALS

STOLEN!

- 24 -

date <u>STOLEN</u>: January 26, 1982



STOLEN!

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—325—491

**1**

| U.S. POSTAL SERVICE<br>**REGISTERED MAIL APPLICATION FOR INDEMNITY** | | 1. CASE NO. (PDC USE ONLY) |
|---|---|---|

**DECLARATION OF CLAIMANT (Complete Items 2 through 10 AND SIGN IN APPROPRIATE SPACES)**

| 2. NAME OF SENDER (Must be the same as the return address which was placed on the article) PAYEE ☒ | 3. NAME OF ADDRESSEE (Must be same as shown on article) PAYEE ☐ |
|---|---|
| LELAND YOSHITSU | NBC EXECUTIVE |
| STREET ADDRESS (Include Apt./Suite No.) | STREET ADDRESS (Include Apt./Suite No.) |
| Box 4433 | 30 Rockefeller Plaza |

| CITY AND STATE | ZIP CODE | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Berkeley, Calif. | 94704 | New York, N.Y. | 10020 |

| 4. REGISTER NO. | 5. REASON FOR CLAIM | ☐ COMPLETE LOSS OF CONTENTS | |
|---|---|---|---|
| 90558 | ☒ COMPLETE LOSS ☐ PARTIAL LOSS | DAMAGE TO<br>☐ ALL CONTENTS ☐ PARTLY DAMAGED | ☐ NO COD REMITTANCE |

| 6. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED (List value, cost of duplication, etc. If claim is for damage, describe packing in detail) | 7. AMOUNT CLAIMED (Do not include postage)<br>$ MAXIMUM ($25,000) | NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
|---|---|---|
| RETURN RECEIPT was not POSTMARKED.<br><br>RETURN RECEIPT was IMPROPERLY SIGNED. | 9. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? (If yes, list policy number, name, and address of the insurance company and amount of insurance)<br><br>no | |

| 8. IF CLAIM IS FOR DAMAGE (Location of Damaged Article)<br>☐ SENDER ☐ ADDRESSEE ☐ POST OFFICE AT | | |
|---|---|---|
| 10. SIGNATURE OF SENDER<br>*(signature)* | DATE SIGNED<br>March 9, 1982 | TELEPHONE NO.<br>(415) 845-2 9 |

**DECLARATION OF ADDRESSEE (Complete items 11 and 12)**

| 11. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDI ON OF OUTSIDE CONTAINER AND PACKING DETAILS.<br>☐ YES ☐ NO | 12. SIGNATURE OF ADDRESSEE |
|---|---|
| | DATE SIGNED | TELEPHONE NO. |

**POSTMASTER MAILING OFFICE (Complete Items 13 through 23)**

| 13. DATE MAILED (Mo., Day, Yr., Hr.)<br>NOV. 30, 1981 | 14. DECLARED VALUE<br>$ 25,000.00 | 15. POSTAGE PAID<br>$ .20 | 16. FEE PAID<br>$ 11.10 | 17. HANDLING CHARGE<br>$ | 18. COD ☐ YES ☐ NO<br>CHARGES $ |
|---|---|---|---|---|---|
| 19. SPEC. DEL. FEE<br>$ | 20. RETURN RECEIPT REQUESTED<br>☒ YES ☐ NO | 21. RESTRICTED DELIVERY<br>☒ YES ☐ NO | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. | | |
| 22. POST OFFICE, STATE AND ZIP CODE<br>NORTH BERKELEY, CA 94709 | | 23. SIGNATURE OF POSTMASTER<br>*(signature)* | | | DATE<br>3-9-82 |

**POSTMASTER ADDRESS OFFICE (Complete items 24 through 28)**

| 24. POST OFFICE, STATE AND ZIP CODE | 25. IF CLAIM IS FOR TOTAL LOSS<br>DO YOU HOLD RECORD OF DELIVERY? ☐ YES ☐ NO |
|---|---|
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? ☐ YES ☐ NO |
| 26. WAS ITEM RECEIVED AT YOUR OFFICE? (If yes, explain condition of the item upon receipt and describe packing details.) | IF NOT, IS WRONG DELIVERY ALLEGED? ☐ YES ☐ NO |
| | 27. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION<br>☐ YES ☐ NO (Explain) |
| 28. SIGNATURE OF POSTMASTER | DATE |
| | RECEIVED FOR BY |

| REGISTERED MAIL CLAIM IDENTIFICATION | FOR PDC USE ONLY |
|---|---|
| PAYEE: This slip will be used to mail your check. Payee can only be mailer or addressee, as listed in item 2 or 3. Please show any information in the "OTHER IDENTIFICATION" block that will help you match the payment check with your claim. | FEE CODE (36-38) |
| REGISTERED ARTICLE NO. OTHER IDENTIFICATION (Invoice No., Purchase Order, etc.) | TOTAL VALUE (39-46) |
| | MERCHANDISE CODE (47-48) |
| MAIL CHECK TO (Print or type name, and address in window area below)<br>DO NOT WRITE OUTSIDE OF DOTS | PAYMENT AMOUNT (49-56) |

The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecutive purposes, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this

Exhibit O

☆ U.S. GOVERNMENT PRINTING OFFICE: 1988 - 485 - 291

2

| U.S. POSTAL SERVICE **REGISTERED MAIL APPLICATION FOR INDEMNITY** | 1. CASE NO. (PDC USE ONLY) |
|---|---|

**DECLARATION OF CLAIMANT (Complete Items 2 through 10 AND SIGN IN APPROPRIATE SPACE)**

| 2. NAME OF SENDER (Must be the same as the return address which was placed on the article) PAYEE ☒ | 3. NAME OF ADDRESSEE (Must be same as shown on article) PAYEE ☐ |
|---|---|
| LELAND YOSHITSU | MR. DONALD L. ZACHARY |
| STREET ADDRESS (Include Apt./Suite No.) | STREET ADDRESS (Include Apt./Suite No.) |
| Box 4433 | 3000 West Alameda Avenue |

| CITY AND STATE | ZIP CODE | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Berkeley, Calif. | 94704 | Burbank, Calif. | 91523 |

| 4. REGISTER NO. | 5. REASON FOR CLAIM |
|---|---|
| 24977 | ☐ COMPLETE LOSS OF CONTENTS ☒ COMPLETE LOSS ☐ PARTIAL LOSS   DAMAGE TO ☐ ALL CONTENTS ☐ PARTLY DAMAGED ☐ NO COD REMITTANCE |

| 6. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED (List value, cost of duplication, etc. If claim is for damage, describe packing in detail) | 7. AMOUNT CLAIMED (Do not include postage) | NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
|---|---|---|
| RETURN RECEIPT was not POSTMARKED. | $ $10,000.00 | |
| | 8. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? (If yes, list policy number, name, and address of the insurance company and amount of insurance) |
| | no |

9. IF CLAIM IS FOR DAMAGE (Location of Damaged Article)

☐ SENDER ☐ ADDRESSEE ☐ POST OFFICE AT _____

| 10. SIGNATURE OF SENDER | DATE SIGNED | TELEPHONE NO. |
|---|---|---|
| *[signature]* | March 9, 1982 | (415) 845-2 9 |

**DECLARATION OF ADDRESSEE (Complete Items 11 and 12)**

| 11. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. | 12. SIGNATURE OF ADDRESSEE |
|---|---|
| ☐ YES ☐ NO | |
| | DATE SIGNED | TELEPHONE NO. |

**POSTMASTER MAILING OFFICE (Complete Items 13 through 23)**

| 13. DATE MAILED (Mo., Day, Yr., Hr.) | 14. DECLARED VALUE | 15. POSTAGE PAID | 16. FEES PAID | 17. HANDLING CHARGE | 18. COD |
|---|---|---|---|---|---|
| DEC 15, 1981 | $ 10,000.00 | $ .20 | $ 6.60 | $ | ☐ YES ☐ NO |
| | | | | | CHARGES $ |

| 19. SPEC. DEL. FEE | 20. RETURN RECEIPT REQUESTED | 21. RESTRICTED DELIVERY | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. |
|---|---|---|---|
| $ | ☒ YES ☐ NO | ☒ YES ☐ NO | |

| 22. POST OFFICE, STATE AND ZIP CODE | 23. SIGNATURE OF POSTMASTER | DATE |
|---|---|---|
| NORTH BERKELEY, CA 94709 | *[signature]* | 3-9-82 |

**POSTMASTER ADDRESS OFFICE (Complete items 24 through 28)**

| 24. POST OFFICE, STATE AND ZIP CODE | 25. IF CLAIM IS FOR TOTAL LOSS DO YOU HOLD RECORD OF DELIVERY? _____ | ☐ YES | ☐ NO |
|---|---|---|---|
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? _____ | ☐ YES | ☐ NO |
| 26. WAS ITEM RECEIVED AT YOUR OFFICE? (If yes, explain condition of the item upon receipt and describe packing details.) | IF NOT, IS WRONG DELIVERY ALLEGED? _____ | ☐ YES | ☐ NO |
| | 27. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION? | | |
| | ☐ YES ☐ NO (Explain) | | |

| 28. SIGNATURE OF POSTMASTER | DATE |
|---|---|
| | |
| | RECEIVED FOR BY _____ |

| **REGISTERED MAIL CLAIM IDENTIFICATION** | **FOR PDC USE ONLY** | |
|---|---|---|
| PAYEE: This slip will be used to mail your check. Payee can only be mailer or addressee, as listed in item 2 or 3. Please show any information in the "OTHER IDENTIFICATION" block that will help you match the payment check with your claim. | FEE CODE (36-38) | |
| | TOTAL VALUE (39-46) | |
| REGISTERED ARTICLE NO. OTHER IDENTIFICATION (Invoice No., Purchase Order, etc.) | MERCHANDISE CODE (47-48) | |
| | PAYMENT AMOUNT (49-56) | |

MAIL CHECK TO (Print or type name, and address in window area below)
DO NOT WRITE OUTSIDE OF DOTS

•                                    •

•                                    •

The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecutive purposes, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this

☆ U.S. GOVERNMENT PRINTING OFFICE: 1979—691-565

3

| U.S. POSTAL SERVICE **REGISTERED MAIL APPLICATION FOR INDEMNITY** | 1. CASE NO. (PDC USE ONLY) |
|---|---|

**DECLARATION OF CLAIMANT (Complete items 2 through 10 AND SIGN IN APPROPRIATE SPACE)**

| 2. NAME OF SENDER *(Should be the same as the return address which was placed on the article)* | 3. NAME OF ADDRESSEE *(Must be same as shown on article)* |
|---|---|
| LELAND YOSHITSU | NBC EXECUTIVE |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| Box 4433 | 3000 West Alameda Avenue |

| CITY AND STATE | ZIP CODE | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Berkeley, Calif. | 94704 | Burbank, Calif. | 91523 |

| 4. CLAIM PAYMENT SHOULD BE MAILED TO *(Name)* | 5. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? *(If yes, list policy number, name, and address of the insurance company and amount of insurance)* |
|---|---|
| LELAND YOSHITSU | no |

| STREET ADDRESS | |
|---|---|
| Box 4433 | |

| CITY, STATE AND ZIP CODE | |
|---|---|
| Berkeley, Calif. 94704 | |

| 6. REGISTER NO. | 7. REASON FOR CLAIM | ☐ COMPLETE LOSS OF CONTENTS | | |
|---|---|---|---|---|
| 80571 | ☒ COMPLETE LOSS   ☐ PARTIAL LOSS | ☐ DAMAGE TO ALL CONTENTS | ☐ PARTLY DAMAGED | ☐ NO-COD REMITTANCE |

| 8. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED *(List value, cost of duplication, etc. If claim is for damage, describe packing in detail)* | 9. AMOUNT CLAIMED *(Do not include postage)* | NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
|---|---|---|
| RETURN RECEIPT was not POSTMARKED. | $ 10,000.00 | |
| | DATE SIGNED | |
| | March 9, 1982 | |

| 10. IF CLAIM IS FOR DAMAGE *(Location of Damaged Article)* ☐ SENDER   ☐ ADDRESSEE   ☐ POST OFFICE AT _____ | 11. SIGNATURE OF SENDER *(signature)* |
|---|---|

**DECLARATION OF ADDRESSEE (Complete items 12 and 13)**

| 12. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. ☐ YES   ☐ NO | 13. SIGNATURE OF ADDRESSEE |
|---|---|
| | DATE SIGNED |

**POSTMASTER MAILING OFFICE (Complete items 14 through 24)**

| 14. DATE MAILED *(Mo., Day, Yr., Hr.)* | 15. DECLARED VALUE | 16. POSTAGE PAID | 17. FEE PAID | 18. HANDLING CHARGE | 19. COD ☐ YES ☐ NO |
|---|---|---|---|---|---|
| DEC 16, 1981 | $ 10,000.00 | $ .20 | $ 6.60 | | CHARGES $ |

| 20. SPEC. DEL. FEE | 21. RETURN RECEIPT REQUESTED | 22. RESTRICTED DELIVERY | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. |
|---|---|---|---|
| $ | ☒ YES   ☐ NO | ☒ YES   ☐ NO | |

| 23. POST OFFICE, STATE AND ZIP CODE | 24. SIGNATURE OF POSTMASTER | DATE |
|---|---|---|
| NORTH BERKELEY, CA 94709 | SDe-V | 3-9-82 |

**POSTMASTER ADDRESS OFFICE (Complete items 25 through 29)**

| 25. POST OFFICE, STATE AND ZIP CODE | 26. IF CLAIM IS FOR TOTAL LOSS, DO YOU HOLD RECORD OF DELIVERY? ___ ☐ YES ☐ NO |
|---|---|
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? ___ ☐ YES ☐ NO |
| 27. WAS ITEM RECEIVED AT YOUR OFFICE? *(If yes, explain condition of the item upon receipt and describe packing details)* | IF NOT, IS WRONG DELIVERY ALLEGED? ___ ☐ YES ☐ NO |
| | 28. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION? ☐ YES ☐ NO *(Explain)* |
| | RECEIVED FOR BY |
| | 29. SIGNATURE OF POSTMASTER   DATE |

**INTERNATIONAL REGISTERED MAIL CLAIMS (Adjusting Exchange Office)**

| 30. AUTHORIZED INDEMNITY | 31. POSTAGE REFUND *(Do not include fee)* | 32. TOTAL AMOUNT |
|---|---|---|
| $ | $ | $ |

| 33. NAME OF CERTIFYING POST OFFICE | 34. SIGNATURE OF AUTHORIZED EMPLOYEE | DATE |
|---|---|---|

Penalties are provided for making false, fictitious, or fraudulent statements in connection with this type of claim.

PRIVACY ACT: The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic and foreign registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary, however, if this information is not provided, your claim will not be processed and you may not be indemnified.

Exhibit Q

☆ U.S. GOVERNMENT PRINTING OFFICE 1979—631-565

4

| U.S. POSTAL SERVICE **REGISTERED MAIL APPLICATION FOR INDEMNITY** | | | 1. CASE NO. (POC USE ONLY) |
|---|---|---|---|

**DECLARATION OF CLAIMANT (Complete items 2 through 10 AND SIGN IN APPROPRIATE SPACE)**

| 2. NAME OF SENDER (Should be the same as the return address which was placed on the article) | 3. NAME OF ADDRESSEE (Must be same as shown on article) |
|---|---|
| LELAND YOSHITSU | NBC EXECUTIVE |
| STREET ADDRESS | STREET ADDRESS |
| Box 4433 | 3000 West Alameda Avenue |
| CITY AND STATE — Berkeley, Calif.   ZIP CODE — 94704 | CITY AND STATE — Burbank, Calif.   ZIP CODE — 94523 |

| 4. CLAIM PAYMENT SHOULD BE MAILED TO (Name) | 5. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? (If yes, list policy number, name, and address of the insurance company and amount of insurance) |
|---|---|
| LELAND YOSHITSU | no |
| STREET ADDRESS — Box 4433 | |
| CITY, STATE AND ZIP CODE — Berkeley, Calif. 94704 | |

| 6. REGISTER NO. 24496 | 7. REASON FOR CLAIM ☒ COMPLETE LOSS | ☐ COMPLETE LOSS OF CONTENTS   ☐ PARTIAL LOSS   ☐ DAMAGE TO ALL CONTENTS   ☐ PARTLY DAMAGED   ☐ NO COD REMITTANCE |

| 8. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED (List value, cost of duplication, etc. If claim is for damage, describe packing in detail) | 9. AMOUNT CLAIMED (Do not include postage) | NOTE: YOU **MUST** SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
|---|---|---|
| RETURN RECEIPT was **not** POSTMARKED. | $$10,000.00 DATE SIGNED March 9, 1982 | |

| 10. IF CLAIM IS FOR DAMAGE (Location of Damaged Article) ☐ SENDER   ☐ ADDRESSEE   ☐ POST OFFICE AT _____ | 11. SIGNATURE OF SENDER *[signature]* |
|---|---|

**DECLARATION OF ADDRESSEE (Complete items 12 and 13)**

| 12. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. ☐ YES   ☐ NO | 13. SIGNATURE OF ADDRESSEE     DATE SIGNED |
|---|---|

**POSTMASTER MAILING OFFICE (Complete items 14 through 24)**

| 14. DATE MAILED (Mo., Day, Yr., Hr.) DEC 26 1981 | 15. DECLARED VALUE $10,000.00 | 16. POSTAGE PAID $.70 | 17. FEE PAID $6.60 | 18. HANDLING CHARGE $ | 19. COD ☐ YES ☐ NO   CHARGES $ |
|---|---|---|---|---|---|
| 20. SPEC. DEL. FEE $ | 21. RETURN RECEIPT REQUESTED ☒ YES ☐ NO | 22. RESTRICTED DELIVERY ☒ YES ☐ NO | 8E SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. | | |
| 23. POST OFFICE, STATE AND ZIP CODE NORTH BERKELEY, C/A 94709 | | 24. SIGNATURE OF POSTMASTER *[signature]* | | DATE 3-9-82 | |

**POSTMASTER ADDRESS OFFICE (Complete items 25 through 29)**

| 25. POST OFFICE, STATE AND ZIP CODE | 26. IF CLAIM IS FOR TOTAL LOSS DO YOU HOLD RECORD OF DELIVERY? _____ ☐ YES ☐ NO |
|---|---|
| | IF YES, DOES RECEIPT ACKNOWLEDGE RECEIPT? _____ ☐ YES ☐ NO |
| | IF NOT, IS WRONG DELIVERY ALLEGED? _____ ☐ YES ☐ NO |
| 27. WAS ITEM RECEIVED AT YOUR OFFICE? (If yes, explain condition of the item upon receipt and describe packing details.) | 28. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN SAID CONDITION? ☐ YES ☐ NO (Explain) |
| | RECEIVED FOR BY _____ |
| | 29. SIGNATURE OF POSTMASTER     DATE |

**INTERNATIONAL REGISTERED MAIL CLAIMS (Adjusting Exchange Office)**

| 30. AUTHORIZED INDEMNITY $ | 31. POSTAGE REFUND (Do not include fee) $ | 32. TOTAL AMOUNT $ |
|---|---|---|
| 33. NAME OF CERTIFYING POST OFFICE | 34. SIGNATURE OF AUTHORIZED EMPLOYEE | DATE |

Penalties are provided for making false, fictitious, or fraudulent statements in connection with this type of claim.

PRIVACY ACT: The collection of this information is authorized by 29 USC 401 and 404. This information is used in the adjudication of domestic and foreign registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary, however, if this information is not provided, your claim will not be processed and you may not be indemnified.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980 - 323 - 491

**5**

| U.S. POSTAL SERVICE | 1. CASE NO. (PDC USE ONLY) |
|---|---|
| **REGISTERED MAIL APPLICATION FOR INDEMNITY** | |

### DECLARATION OF CLAIMANT (Complete items 2 through 10 AND SIGN IN APPROPRIATE SPACE)

| 2. NAME OF SENDER (Must be the same as the return address which was placed on the article) PAYEE ☐ | 3. NAME OF ADDRESSEE (Must be same as shown on article) PAYEE ☐ |
|---|---|
| LELAND YOSHITSU | AUTHORIZED AGENT OF NBC |
| STREET ADDRESS (Include Apt./Suite No.) | STREET ADDRESS (Include Apt./Suite No.) |
| Box 4433 | 3000 West Alameda Avenue |

| CITY AND STATE | ZIP CODE | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Berkeley, Calif. | 94704 | Burbank, Calif. | 91523 |

| 4. REGISTER NO. | 5. REASON FOR CLAIM | | |
|---|---|---|---|
| 25410 | ☐ COMPLETE LOSS OF CONTENTS | | |

| ☑ COMPLETE LOSS | DAMAGE TO ☐ PARTIAL LOSS ☐ ALL CONTENTS ☐ PARTLY DAMAGED | ☐ NO COD REMITTANCE |
|---|---|---|

| 6. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED (List value, cost of duplication, etc. If claim is for damage, describe portion in detail) | 7. AMOUNT CLAIMED (Do not include postage) $MAXIMUM ($25,000) | NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
|---|---|---|
| RETURN RECEIPT was **not** POSTMARKED. RETURN RECEIPT was IMPROPERLY SIGNED. | 9. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? (If yes, list policy number, name, and address of the insurance company and amount of insurance) no | |

| 8. IF CLAIM IS FOR DAMAGE (Location of Damaged Article) | | |
|---|---|---|
| ☐SENDER ☐ADDRESSEE ☐ POST OFFICE AT | | |

| 10. SIGNATURE OF SENDER | DATE SIGNED | TELEPHONE NO. |
|---|---|---|
| *(signature)* | March 9, 1982 | (415) 845-2_9 |

### DECLARATION OF ADDRESSEE (Complete items 11 and 12)

| 11. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. | 12. SIGNATURE OF ADDRESSEE |
|---|---|
| ☐YES     ☐NO | |
| | DATE SIGNED     TELEPHONE NO. |

### POSTMASTER MAILING OFFICE (Complete items 13 through 23)

| 13. DATE MAILED (Mo., Day, Yr., Hr.) | 14. DECLARED VALUE | 15. POSTAGE PAID | 16. FEE PAID | 17. HANDLING CHARGE | 18. COD ☐YES ☐NO |
|---|---|---|---|---|---|
| JAN 13, 1982 | $1,000,000.00 | $.37 | $29.85 | | CHARGES $ |

| 19. SPEC. DEL. FEE | 20. RETURN RECEIPT REQUESTED ☑YES. ☐NO. | 21. RESTRICTED DELIVERY ☑YES ☐NO | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. |
|---|---|---|---|

| 22. POST OFFICE, STATE AND ZIP CODE | 23. SIGNATURE OF POSTMASTER | DATE |
|---|---|---|
| NORTH BERKELEY, CA 94709 | *(signature)* | 3-9-82 |

### POSTMASTER ADDRESS OFFICE (Complete items 24 through 28)

| 24. POST OFFICE, STATE AND ZIP CODE | 25. IF CLAIM IS FOR TOTAL LOSS DO YOU HOLD RECORD OF DELIVERY? _____ ☐ YES ☐NO |
|---|---|
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? ____ ☐ YES ☐NO |
| 25. WAS ITEM RECEIVED AT YOUR OFFICE? (If yes, explain condition of the item upon receipt and describe packing details.) | IF NOT, IS WRONG DELIVERY ALLEGED? _____ ☐ YES ☐NO |
| | 27. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION? ☐YES ☐NO (Explain) |

| 28. SIGNATURE OF POSTMASTER | DATE |
|---|---|
| | RECEIVED FOR BY |

### REGISTERED MAIL CLAIM IDENTIFICATION

| | FOR PDC USE ONLY |
|---|---|
| PAYEE: This slip will be used to mail your check. Payee can only be mailer or addressee, as listed in item 2 or 3. Please show any information in the "OTHER IDENTIFICATION" block that will help you match the payment check with your claim. | FEE CODE (36-38) |
| REGISTERED ARTICLE NO. OTHER IDENTIFICATION (Invoice No., Purchase Order, etc.) | TOTAL VALUE (39-46) |
| | MERCHANDISE CODE (47-48) |
| | PAYMENT AMOUNT (49-56) |

| MAIL CHECK TO (Print or type name, and address in window area below) DO NOT WRITE OUTSIDE OF DOTS | The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecutive purposes, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary; however, if this... |
|---|---|

☆ U.S. GOVERNMENT PRINTING OFFICE 1979—651-585

**6**

| U.S. POSTAL SERVICE **REGISTERED MAIL APPLICATION FOR INDEMNITY** | 1. CASE NO. (POC USE ONLY) |
|---|---|

**DECLARATION OF CLAIMANT (Complete Items 2 through 10 AND SIGN IN APPROPRIATE SPACE)**

| 2. NAME OF SENDER (Should be the same as the return address which was placed on the article) | 3. NAME OF ADDRESSEE (Must be same as shown on article) |
|---|---|
| LELAND YOSHITSU | NBC EXECUTIVE |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| Box 4433 | 3000 West Alameda Avenue |

| CITY AND STATE | ZIP CODE | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Berkeley, Calif.. | 94704 | Burbank, Calif. | 91523 |

| 4. CLAIM PAYMENT SHOULD BE MAILED TO (Name) | 5. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? (If yes, list policy number, name, and address of the insurance company and amount of insurance) |
|---|---|
| LELAND YOSHITSU | |

| STREET ADDRESS | |
|---|---|
| Box 4433 | no. |

| CITY, STATE AND ZIP CODE | |
|---|---|
| Berkeley, Calif. 94704 | |

| 6. REGISTER NO. | 7. REASON FOR CLAIM | |
|---|---|---|
| 80914 | ☐ COMPLETE LOSS OF CONTENTS / ☒ COMPLETE LOSS / ☐ PARTIAL LOSS / ☐ DAMAGE TO ALL CONTENTS / ☐ PARTLY DAMAGED / ☐ NO COD REMITTANCE | |

| 8. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED (List value, cost of duplication, etc. If claim is for damage, describe packing in detail) | 9. AMOUNT CLAIMED (Do not include postage) | NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
|---|---|---|
| RETURN/RECEIPT was not POSTMARKED. RETURN RECEIPT was IMPROPERLY SIGNED. | $ MAXIMUM ($25,000.00) | |
| | DATE SIGNED March 9, 1982 | |

| 10. IF CLAIM IS FOR DAMAGE, (Location of Damaged Article) | 11. SIGNATURE OF SENDER |
|---|---|
| ☐ SENDER   ☐ ADDRESSEE   ☐ POST OFFICE AT _____ | _[signature]_ |

**DECLARATION OF ADDRESSEE (Complete Items 12 and 13)**

| 12. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. | 13. SIGNATURE OF ADDRESSEE |
|---|---|
| ☐ YES   ☐ NO | |
| | DATE SIGNED |

**POSTMASTER MAILING OFFICE (Complete Items 14 through 24)**

| 14. DATE MAILED (Mo., Day, Yr., Hr.) | 15. DECLARED VALUE | 16. FEE PAID | 17. POSTAGE PAID | 18. HANDLING CHARGE | 19. COD | |
|---|---|---|---|---|---|---|
| JAN 16, 1982 | $ 1000,000.00 | $ 37 | $ 29.85 | $ | ☐ YES   ☐ NO | CHARGES $ |

| 20. SPEC. DEL. FEE | 21. RETURN RECEIPT REQUESTED | 22. RESTRICTED DELIVERY | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. |
|---|---|---|---|
| $ | ☒ YES   ☐ NO | ☒ YES   ☐ NO | |

| 23. POST OFFICE, STATE AND ZIP CODE | 24. SIGNATURE OF POSTMASTER | DATE |
|---|---|---|
| NORTH BERKELEY, CA 94709 | _[signature]_ | 3-9-82 |

**POSTMASTER ADDRESS OFFICE (Complete Items 25 through 29)**

| 25. POST OFFICE, STATE AND ZIP CODE | 26. IF CLAIM IS FOR TOTAL LOSS DO YOU HOLD RECORD OF DELIVERY? _____ | ☐ YES   ☐ NO |
|---|---|---|
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? _____ | ☐ YES   ☐ NO |
| 27. WAS ITEM RECEIVED AT YOUR OFFICE? (If yes, explain condition of the item upon receipt and describe packing details.) | IF NOT, IS WRONG DELIVERY ALLEGED? _____ | ☐ YES   ☐ NO |
| | 28. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION?   ☐ YES   ☐ NO (Explain) | |
| | RECEIVED FOR BY | |
| | 29. SIGNATURE OF POSTMASTER | DATE |

**INTERNATIONAL REGISTERED MAIL CLAIMS (Adjusting Exchange Office)**

| 30. AUTHORIZED INDEMNITY | 31. POSTAGE REFUND (Do not include fee) | 32. TOTAL AMOUNT |
|---|---|---|
| $ | $ | $ |

| 33. NAME OF CERTIFYING POST OFFICE | 34. SIGNATURE OF AUTHORIZED EMPLOYEE | DATE |
|---|---|---|
| | | |

Penalties are provided for making false, fictitious, or fraudulent statements in connection with this type of claim.

PRIVACY ACT: The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic and foreign registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary, however, if this information is not provided, your claim will not be processed and you may not be indemnified.

PS Form

Exhibit T

7

☆ U.S. GOVERNMENT PRINTING OFFICE: 1980 - 313 - 497

## U.S. POSTAL SERVICE
### REGISTERED MAIL APPLICATION FOR INDEMNITY

| | 1. CASE NO. (PDC USE ONLY) |
|---|---|

**DECLARATION OF CLAIMANT** *(Complete items 2 through 10 AND SIGN IN APPROPRIATE SPACE)*

| 2. NAME OF SENDER *(Must be the same as the return address which was placed on the article)* PAYEE ☒ | 3. NAME OF ADDRESSEE *(Must be same as shown on article)* PAYEE ☐ |
|---|---|
| LELAND YOSHITSU | NBC EXECUTIVE FAMILY |
| STREET ADDRESS *(Include Apt./Suite No.)* | STREET ADDRESS *(Include Apt./Suite No.)* |
| Box 4433 | 3000 West Alameda Avenue |

| CITY AND STATE | ZIP CODE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|---|
| Berkeley, Calif. | 94704 | Burbank, Calif. | | 91523 |

| 4. REGISTER NO. | 5. REASON FOR CLAIM | ☐ COMPLETE LOSS OF CONTENTS | | | |
|---|---|---|---|---|---|
| 61607 | ☒ COMPLETE LOSS | ☐ PARTIAL LOSS | DAMAGE TO ☐ ALL CONTENTS | ☐ PARTLY DAMAGED | ☐ NO COD REMITTANCE |

| 6. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED *(List value, cost of duplication, etc. If claim is for damage, describe packing in detail)* | 7. AMOUNT CLAIMED *(Do not include postage)* $MAXIMUM ($25,000) |
|---|---|
| RETURN RECEIPT was IMPROPERLY SIGNED. | 9. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? *(If yes, list policy number, name, and address of the insurance company and amount of insurance)* NO |

**NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM**

| 8. IF CLAIM IS FOR DAMAGE *(Location of Damaged Article)* |
|---|
| ☐ SENDER   ☐ ADDRESSEE   ☐ POST OFFICE AT |

| 10. SIGNATURE OF SENDER | DATE SIGNED | TELEPHONE NO. |
|---|---|---|
| *[signature]* | March 9, 1982 | (415) 845-2 9 |

**DECLARATION OF ADDRESSEE** *(Complete items 11 and 12)*

| 11. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. ☐ YES   ☐ NO | 12. SIGNATURE OF ADDRESSEE |
|---|---|
| | DATE SIGNED · TELEPHONE NO. |

## POSTMASTER MAILING OFFICE *(Complete items 13 through 23)*

| 13. DATE MAILED *(Mo., Day, Yr., Hr.)* | 14. DECLARED VALUE | 15. POSTAGE PAID | 16. FEE PAID | 17. HANDLING CHARGE | 18. COD |
|---|---|---|---|---|---|
| JAN 20, 1982 | $1,000,000.00 | $ 20 | $ 29.85 | $ | ☐ YES  ☐ NO |
| | | | | | CHARGES $ |

| 19. SPEC. DEL. FEE | 20. RETURN RECEIPT REQUESTED | 21. RESTRICTED DELIVERY | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED |
|---|---|---|---|
| $ | ☒ YES  ☐ NO | ☒ YES  ☐ NO | TO THIS CLAIM FORM BEFORE FORWARDING. |

| 22. POST OFFICE, STATE AND ZIP CODE | 23. SIGNATURE OF POSTMASTER | DATE |
|---|---|---|
| NORTH BERKELEY CA 94709 | *[signature]* | 3-9-82 |

## POSTMASTER ADDRESS OFFICE *(Complete items 24 through 28)*

| 24. POST OFFICE, STATE AND ZIP CODE | 25. IF CLAIM IS FOR TOTAL LOSS | | |
|---|---|---|---|
| | DO YOU HOLD RECORD OF DELIVERY? | ☐ YES | ☐ NO |
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? | ☐ YES | ☐ NO |
| 26. WAS ITEM RECEIVED AT YOUR OFFICE? *(If yes, explain condition of the item upon receipt and describe packing details.)* | IF NOT, IS WRONG DELIVERY ALLEGED? | ☐ YES | ☐ NO |
| | 27. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION? ☐ YES  ☐ NO *(Explain)* | | |

| 28. SIGNATURE OF POSTMASTER | DATE |
|---|---|
| | RECEIVED FOR BY |

| REGISTERED MAIL CLAIM IDENTIFICATION | FOR PDC USE ONLY |
|---|---|

**PAYEE:** This slip will be used to mail your check. Payee can only be mailer or addressee, as listed in item 2 or 3. Please show any information in the "OTHER IDENTIFICATION" block that will help you match the payment check with your claim.

| FEE CODE (36-38) | |
|---|---|

| REGISTERED ARTICLE NO. | OTHER IDENTIFICATION *(Invoice No., Purchase Order, etc.)* |
|---|---|

| TOTAL VALUE (39-46) | |
|---|---|
| MERCHANDISE CODE (47-48) | |
| PAYMENT AMOUNT (49-56) | |

MAIL CHECK TO *(Print or type name, and address in window area below)*
DO NOT WRITE OUTSIDE OF DOTS

The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecutive purposes, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this

Exhibit U

☆ U.S. GOVERNMENT PRINTING OFFICE: 1979—651-565

**U.S. POSTAL SERVICE**
## REGISTERED MAIL APPLICATION FOR INDEMNITY

| | 1. CASE NO. (POC USE ONLY) |
|---|---|

### DECLARATION OF CLAIMANT (Complete items 2 through 10 AND SIGN IN APPROPRIATE SPACE)

**2. NAME OF SENDER** *(Should be the same as the return address which was placed on the article)*
LELAND YOSHITSU

**3. NAME OF ADDRESSEE** *(Must be same as shown on article)*
NBC LAW DEPARTMENT

**STREET ADDRESS**
Box 4433

**STREET ADDRESS**
3000 West Alameda Avenue

| **CITY AND STATE** Berkeley, Calif. | **ZIP CODE** 94704 | **CITY AND STATE** Burbank, Calif. | **ZIP CODE** 91523 |
|---|---|---|---|

**4. CLAIM PAYMENT SHOULD BE MAILED TO** *(Name)*
LELAND YOSHITSU

**5. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE?** *(If yes, list policy number, name, and address of the insurance company and amount of insurance)*

**STREET ADDRESS**
Box 4433

NO

**CITY, STATE AND ZIP CODE**
Berkeley, Calif. 94704

| **6. REGISTER NO.** 61608 | **7. REASON FOR CLAIM** ☐ COMPLETE LOSS OF CONTENTS ☒ COMPLETE LOSS ☐ PARTIAL LOSS | ☐ DAMAGE TO ALL CONTENTS | ☐ PARTLY DAMAGED | ☐ NO COD REMITTANCE |
|---|---|---|---|---|

**8. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED** *(List value, cost of duplication, etc. If claim is for damage, describe nature in detail)*

RETURN RECEIPT was IMPROPERLY SIGNED.

**9. AMOUNT CLAIMED** *(Do not include postage)*
MAXIMUM
$ ($25,000)

**NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM**

**DATE SIGNED**
March 9, 1982

| **10. IF CLAIM IS FOR DAMAGE** *(Location of Damaged Article)* ☐ SENDER ☐ ADDRESSEE ☐ POST OFFICE AT | **11. SIGNATURE OF SENDER** |
|---|---|

### DECLARATION OF ADDRESSEE (Complete items 12 and 13)

**12. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED, ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS:**
☐ YES   ☐ NO

**13. SIGNATURE OF ADDRESSEE**

**DATE SIGNED**

### POSTMASTER MAILING OFFICE (Complete items 14 through 24)

| **14. DATE MAILED** *(Mo., Day, Yr., Hr.)* JAN 20 1982 | **15. DECLARED VALUE** $1,000,000.00 | **16. POSTAGE PAID** $ 29.85 | **17. FEE PAID** $ 29.85 | **18. HANDLING CHARGE** $ | **19. COD** ☐ YES ☒ NO CHARGES $ |
|---|---|---|---|---|---|

| **20. SPEC. DEL. FEE** $ | **21. RETURN RECEIPT REQUESTED** ☒ YES ☐ NO | **22. RESTRICTED DELIVERY** ☒ YES ☐ NO | **BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING.** |
|---|---|---|---|

| **23. POST OFFICE, STATE AND ZIP CODE** NORTH BERKELEY, CA 94709 | **24. SIGNATURE OF POSTMASTER** | **DATE** 3-9-82 |
|---|---|---|

### POSTMASTER ADDRESS OFFICE (Complete items 25 through 29)

**25. POST OFFICE, STATE AND ZIP CODE**

**26. IF CLAIM IS FOR TOTAL LOSS**
DO YOU HOLD RECORD OF DELIVERY? ☐ YES ☐ NO
IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? ☐ YES ☐ NO
IF NOT, IS WRONG DELIVERY ALLEGED? ☐ YES ☐ NO

**27. WAS ITEM RECEIVED AT YOUR OFFICE?** *(If yes, explain condition of the item upon receipt and describe packing details.)*

**28. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION?** ☐ YES ☐ NO *(Explain)*

**RECEIVED FOR BY**

| **29. SIGNATURE OF POSTMASTER** | **DATE** |
|---|---|

### INTERNATIONAL REGISTERED MAIL CLAIMS (Adjusting Exchange Office)

| **30. AUTHORIZED INDEMNITY** $ | **31. POSTAGE REFUND** *(Do not include fee)* $ | **32. TOTAL AMOUNT** $ |
|---|---|---|

| **33. NAME OF CERTIFYING POST OFFICE** | **34. SIGNATURE OF AUTHORIZED EMPLOYEE** | **DATE** |
|---|---|---|

**Penalties are provided for making false, fictitious, or fraudulent statements in connection with this type of claim.**

**PRIVACY ACT:** The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic and foreign registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary, however, if this information is not provided, your claim will not be processed and you may not be indemnified.

PS Form

**9**

| U.S. POSTAL SERVICE | | 1. CASE NO. (PDC USE ONLY) |
| --- | --- | --- |
| **REGISTERED MAIL APPLICATION FOR INDEMNITY** | | |

**DECLARATION OF CLAIMANT (Complete items 2 through 10 AND SIGN IN APPROPRIATE SPACE)**

| 2. NAME OF SENDER *(Should be the same as the return address which was placed on the article)* | 3. NAME OF ADDRESSEE *(Must be same as shown on article)* |
| --- | --- |
| LELAND YOSHITSU | NBC LAW DEPARTMENT |
| STREET ADDRESS | STREET ADDRESS |
| Box 4433 | 3000 West Alameda Avenue |
| CITY AND STATE: Berkeley, Calif. / ZIP CODE 94704 | CITY AND STATE: Burbank, Calif. / ZIP CODE 91523 |

| 4. CLAIM PAYMENT SHOULD BE MAILED TO *(Name)* | 5. WAS ARTICLE COMMERCIALLY INSURED BY YOU OR ADDRESSEE? *(If yes, list policy number, name, and address of the insurance company and amount of insurance)* |
| --- | --- |
| LELAND YOSHITSU | no |
| STREET ADDRESS | |
| Box 4433 | |
| CITY, STATE AND ZIP CODE | |
| Berkeley, Calif. 94704 | |

| 6. REGISTER NO. 25292 | 7. REASON FOR CLAIM ☐ COMPLETE LOSS OF CONTENTS  ☒ COMPLETE LOSS  ☐ PARTIAL LOSS  ☐ DAMAGE TO ALL CONTENTS  ☐ PARTLY DAMAGED  ☐ NO COD REMITTANCE |
| --- | --- |

| 8. LIST BELOW ARTICLES WHICH WERE LOST, MISSING OR DAMAGED *(List value, cost of duplication, etc. If claim is for damage, describe packing in detail)* | 9. AMOUNT CLAIMED *(Do not include postage)* | NOTE: YOU MUST SUBMIT EVIDENCE OF VALUE WITH THIS CLAIM FORM |
| --- | --- | --- |
| RETURN RECEIPT was IMPROPERLY SIGNED. | MAXIMUM $(\$25,000.00) | |
| | DATE SIGNED March 9, 1982 | |

| 10. IF CLAIM IS FOR DAMAGE *(Location of Damaged Article)* ☐ SENDER  ☐ ADDRESSEE  ☐ POST OFFICE AT _____ | 11. SIGNATURE OF SENDER |
| --- | --- |

**DECLARATION OF ADDRESSEE (Complete items 12 and 13)**

| 12. WAS ARTICLE RECEIVED BY YOU? IF YES, LIST ITEMS MISSING AND/OR DAMAGED. ALSO DESCRIBE CONDITION OF OUTSIDE CONTAINER AND PACKING DETAILS. ☐ YES  ☐ NO | 13. SIGNATURE OF ADDRESSEE |
| --- | --- |
| | DATE SIGNED |

**POSTMASTER MAILING OFFICE (Complete items 14 through 24)**

| 14. DATE MAILED *(Mo., Day, Yr., Hr.)* JAN 23, 1982 | 15. DECLARED VALUE $1,000,000.00 | 16. POSTAGE PAID $37 | 17. FEE PAID $29.85 | 18. HANDLING CHARGE $ | 19. COD ☐ YES. ☐ NO· CHARGES $ _____ |
| --- | --- | --- | --- | --- | --- |
| 20. SPEC. DEL. FEE $ | 21. RETURN RECEIPT REQUESTED ☒ YES  ☐ NO | 22. RESTRICTED DELIVERY ☒ YES  ☐ NO | BE SURE THAT EVIDENCE OF VALUE IS ATTACHED TO THIS CLAIM FORM BEFORE FORWARDING. | | |
| 23. POST OFFICE, STATE AND ZIP CODE NORTH BERKELEY CA 94709 | | 24. SIGNATURE OF POSTMASTER | | | DATE 3-9-82 |

**POSTMASTER ADDRESS OFFICE (Complete items 25 through 29)**

| 25. POST OFFICE, STATE AND ZIP CODE | 26. IF CLAIM IS FOR TOTAL LOSS DO YOU HOLD EVIDENCE OF DELIVERY? ☐ YES  ☐ NO |
| --- | --- |
| | IF YES, DOES ADDRESSEE ACKNOWLEDGE RECEIPT? ☐ YES  ☐ NO |
| 27. WAS ITEM RECEIVED AT YOUR OFFICE? *(If yes, explain condition of the item upon receipt and describe packing details.)* | IF NOT, IS WRONG DELIVERY ALLEGED? ☐ YES  ☐ NO |
| | 28. IF CLAIM IS FOR PARTIAL LOSS, DOES RECEIPT INDICATE DELIVERY IN BAD CONDITION? ☐ YES  ☐ NO *(Explain)* |
| | RECEIVED FOR BY |
| | 29. SIGNATURE OF POSTMASTER | DATE |

**INTERNATIONAL REGISTERED MAIL CLAIMS (Adjusting Exchange Office)**

| 30. AUTHORIZED INDEMNITY $ | 31. POSTAGE REFUND *(Do not include fee)* $ | 32. TOTAL AMOUNT $ |
| --- | --- | --- |
| 33. NAME OF CERTIFYING POST OFFICE | 34. SIGNATURE OF AUTHORIZED EMPLOYEE | DATE |

Penalties are provided for making false, fictitious, or fraudulent statements in connection with this type of claim.

PRIVACY ACT: The collection of this information is authorized by 39 USC 401 and 404. This information is used in the adjudication of domestic and foreign registered mail claims. As a routine use, this information may be disclosed to appropriate foreign postal authorities, to an appropriate law enforcement authority for investigative or prosecution proceedings, to a congressional office at your request, to a labor organization as required by the NLRA, and where pertinent, in a legal proceeding to which the Postal Service is a party. Completion of this form is voluntary, however, if this information is not provided, your claim will not be processed and you may not be indemnified.

Exhibit W

# THE WHITE HOUSE

**WASHINGTON**

August 5, 2009

Leland Yoshitsu
PO Box 4433
Berkeley, California  94704

Dear Leland:

Thank you for contacting President Obama. The President appreciates your taking the time to voice your concerns and opinions.

We apologize for the delay in responding to you, and we hope that the issue you brought to the President's attention has been resolved. However, if you still need help with a Federal agency, we are pleased to assist you. Please provide our office with a brief, updated description of your issue.

You may mail a new letter to the President, but we will receive your correspondence much more quickly through the White House website at www.whitehouse.gov/contact. *If you send your message through this contact webform, choose the "Other" option from the subject menu and begin your message with "Flag Case Update."*

Please be aware that you can visit www.usa.gov or call 1-800-FEDINFO for information about government assistance.

Again, thank you for your correspondence.

Sincerely,

F. Michael Kelleher
Special Assistant to the President and
Director of Presidential Correspondence

-2-

## NBC – STOLEN MAIL, CONSPIRACY, MAIL FRAUD

Dear President Obama:

Please 'check-out' the letters that I received from You (President Obama), President Clinton, Senator Hillary Clinton, Governor Schwarzenegger and more, about STOLEN MAIL by NBC (Evidence: NBC Right to Petition for Redress).

NBC violated my Constitutional Rights by STEALING my Intellectual Properties valued at over $5,000,000.00 for the production of entertainment.
NBC engaged in CONSPIRACY and MAIL FRAUD to COVER-UP their ILLEGAL ACTIVITIES and WRONG-DOING.
NBC refused to fulfill their LEGAL OBLIGATION to complete the USPS Insurance Claims which gave them the opportunity to deny all the claims and allegations stated.

Thank You for giving me the opportunity to share these experiences that have not been resolved and properly redressed by any US Federal Law Enforcement Agency.
To express myself Honestly and Openly is a Right and a Privilege, for which many People throughout History have died, that Protects All of Our Freedoms and Liberties.

Thank You Again,
Leland Yoshitsu

View the complete OUR FREEDOM AND LIBERTY Document (1-36 pages) http://ourfreedomandliberty36.wordpress.com/ - including President Obama's August 2009 White House letter to Leland (page 2):

"Dear Leland ...we hope that the issue you brought to the President's attention has been resolved. However, if you still need help with a Federal agency, we are pleased to assist you."

© Leland Yoshitsu 2011
All Rights Reserved.

- II -



Police Department

February 17, 2011

Mr. Leland Yoshitsu

Way

Berkeley, CA 94709-2113

Dear Mr. Yoshitsu:

I want to thank you for your letter and attachments I received February 9, 2011, regarding your concerns about stolen mail.

The issue you have written about is Federal in nature and not under the jurisdiction of the Berkeley Police Department. You may wish to contact the Postal Service at the following address:

Criminal Investigations Service Center
Attn: Mail Fraud
222 S. Riverside Plaza Ste 1250
Chicago II 60606-6100

Thank you for sharing your concerns with me.

Sincerely,

Michael K. Meehan
Chief of Police



# SAN LEANDRO POLICE DEPARTMENT

February 23, 2011

Mr. Leland Yoshitsu
P.O. Box 4433
Berkeley CA 94704

Dear Mr. Yoshitsu:

Thank you for your correspondence to Police Chief Sandra R. Spagnoli. The Chief appreciates comments from local citizens.

Unfortunately, your issues with the United States Postal Service do not fall under the jurisdiction of the San Leandro Police Department. I would advise that you contact your local office of the United States Postal Service Consumer Affairs at 201 13th Street, Room 228, Oakland CA 94612-9605; Telephone: 1-800-ASK-USPS; Fax : 510-622-7411.

I hope this information is of assistance to you.

Sincerely,

*Debbie*

Debbie Lillard
Administrative Specialist II

/dl

Civic Center • 901 East Fourteenth Street • San Leandro, California 94577

date received: July 25, 2011



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ $2.06 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.23 |

Postmark Here
JUL 14 2011

Sent To
President Obama
Street, Apt. No.; or PO Box No.
1600 Pennsylvania Ave-NW
City, State, ZIP+4
Washington DC 20500

PS Form 3800, August 2006    See Reverse for Instructions

7010 2780 0000 9743 9898

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Obama

1600 Pennsylvania Ave-NW

Washington DC 20500

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500   received

B. Received by (Printed Name)   C. Date of Delivery
JUL 25 2011

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 2780 0000 9743 9898

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

THE WHITE HOUSE
WASHINGTON, DC 20500



The Yoshitsu Family

Way

Berkeley California 94709

94709+2113                    lllulullulllullullulllullulllullulllulllulllulllulllul

V-3648MB

date received: October 31, 2011

---

### THE WHITE HOUSE
#### WASHINGTON

*Thank you for your kind note. Each day, I am inspired by the thoughtful messages of hope and determination I receive from people across our country.*

*We will only overcome the challenges we face as a Nation if our imagination is joined to common purpose. With your help, we will build on what we have already achieved and win the future for generations to come.*

*Sincerely,*

---

V-3648MB

Exhibit EE



**UNITED STATES POSTAL SERVICE**
475 L'Enfant Plaza, SW
Washington, DC 20260

March 4, 1982

Mr. Leland Yoshitsu
Post Office Box 4433
Berkeley, California  94704

Dear Mr. Yoshitsu:

This is in response to the material that you addressed to
Messers. Gordon Morison and Thomas Chadwick.

It is not clear from your material as to the exact nature of
your difficulty.  All enclosures show proper postal delivery
procedures were followed in all cases.  I would suggest
seeking legal assistance if you have legal difficulties with
NBC.

Thank you for writing.

Sincerely,

Dennis J. Carroll
Consumer Affairs Associate
Office of Consumer Affairs
Customer Services Department
(202) 245-4531